IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**STEPHEN W. REESE,**
    Plaintiff,

v.                                                                                                                         Civil Action No. **3:21cv262**

**SGT. BILLY NEWMAN, et al.,**
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 6, 2021, the Court conditionally docketed the plaintiff's action. At that time, the Court warned the plaintiff that he must inform the Court if his addressed changed or if he was released. By Memorandum Order entered on October 20, 2021, the Court directed the plaintiff to file a particularized complaint. On October 29, 2021, the United States Postal Service returned the October 20, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED." The plaintiff subsequently updated his address.

Accordingly, on December 10, 2021, the Court again directed the plaintiff to file a particularized complaint. On December 20, 2021, the United States Postal Service returned the December 10, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, the plaintiff has not contacted the Court to provide a current address.[1] The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this

---

[1] On December 14, 2021, the plaintiff called the Court to ask about the status of his case and indicated to the Clerk that he had been released. The Clerk instructed the plaintiff that he was required to notify the Clerk in writing of his updated address. Since that date, the plaintiff has failed to update his address in writing as required by the Court.

action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 10 January 2022
Richmond, Virginia